UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| MICHAEL CLEGG, | ) |
| Plaintiff, | ) Civil Action No. 5: 21-232-DCR |
| V. | ) |
| AMCOR RIGID PACKAGING USA, LLC, | ) **JUDGMENT** |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Amcor Rigid Packaging USA, LLC with respect to all claims asserted in this action.

2. This action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: January 3, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky